# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DEBORAH LAUFER,

    Plaintiff,

v.

WINDSOR HOSPITALITY LLC,

    Defendant.

Case No. 3:20-cv-01046 (KAD)

## DEFAULT JUDGMENT

The Defendant, having failed to plead, and default under Fed. R. Civ. P. 55(a) having been entered on October 26, 2021; and the Plaintiff having filed a Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b), and the Court having granted Plaintiff's Motion; it is hereby

ORDERED, ADJUDGED and DECREED that, consistent with the Court's order, default judgment be and is hereby entered against the Defendant and in favor of the Plaintiff. That Defendant must take whatever measures are necessary to ensure that its website, whether offered through third parties or not, complies with 28 C.F.R. § 36.302(e) and must thereafter implement a practice of monitoring its website to ensure it remains in compliance with § 36.302(e). This case is closed.

Dated at Bridgeport, Connecticut, this 16th day of December 2021.

ROBIN D. TABORA, CLERK

By:   /s/ Kristen Gould
       Kristen Gould
       Deputy Clerk

EOD: 12/16/2021